IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:16-cv-00808-RJC-DSC

| | |
|---|---|
| ROBYN GIBBS, <br><br> Plaintiff, <br><br> v. <br><br> BRANCH BANKING & TRUST COMPANY, <br><br> Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on the parties' Joint Motion to Stay Discovery and to Modify Case Management Plan. Having conferred with the chambers of the Honorable Robert J. Conrad, Jr., the Motion is **GRANTED**.

It is hereby **ORDERED** that all deadlines under the Pretrial Order and Case Management Plan (Doc. No. 9) are stayed. The parties are to submit a supplemental Rule 26(f) report within fourteen (14) days of the Court's ruling on Plaintiff's motion for leave to amend the Complaint. The Court will enter a modified Case Management Plan at that time.

The parties shall file a status report concerning Plaintiff's EEOC charge within thirty days of entry of this Order and every thirty days thereafter.

**SO ORDERED**.

Signed: September 1, 2017

David S. Cayer
United States Magistrate Judge

1